UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA GAY,

    Plaintiff,

v.                                 CASE NO. 8:09-CV-1957-T-17TGW

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

ORDER

This cause is before the Court on:

Dkt. 37    Unopposed Motion for Attorney's Fees
Dkt. 38    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Plaintiff's counsel be awarded $13,160.50 for attorney's fees under 42 U.S.C. 406(b), conditioned upon remitting to Plaintiff the $4,678.38 received pursuant to the Equal Access to Justice Act.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated,** and the Unopposed Motion for Attorney's Fees is **granted** in the amount of $13,160.50, conditioned upon remitting to Plaintiff Debra Gay $4,678.38,

Case No. 8:09-CV-1957-T-17TGW

previously received pursuant to the Equal Access to Justice Act. The Clerk of Court shall enter a final judgment in favor of Plaintiff and against Defendant.

DONE and ORDERED in Chambers, in Tampa, Florida on this 17th day of April, 2012.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record